NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

DENNIS RAY HAYES §  IN THE COURT OF

§

v.  §  CRIMINAL APPEALS

§

THE STATE OF TEXAS  §  OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

### PRO SE MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1. The style and number of this case in the Court of Appeals, is: _DENNIS RAY HAYES_ v. _The State of Texas_, Appeal No. 05-13-01495 -CR.

2. The style and number of the case in the trial court is: _The State of Texas v. DENNIS RAY HAYES_; Cause No. F-13 51913-S; from the 282 NO JUDICIAL District Court of Dallas County, Texas.

3. The Appellant was convicted of the felony offense of _Aggravated Robbery_.

4. Judgment was entered on Oct. 3, 2013 and punishment was assessed at 45 years confinement and a fine in the amount of _____.

5. The conviction was affirmed in the Court of Appeals on MARCH 4, 2015.

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1**

6.     The deadline for filing the Appellant's Petition for Discretionary Review in this cause is _APRIL 3, 2015_.

7.     An extension of time for a period of sixty (60) days is requested that would make the due date ~~MARCH~~ _JUNE 2, 2015_

8.     No prior request for an extension of time has been made.

9.     The facts relied upon to show good cause for the requested extension are, as follows:  The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals.  After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review.  Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to _JUNE 2, 2015_.

**Respectfully submitted,**


_Dennis Ray Hayes_
**[Name]**

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Dallas County, Frank Crowley Courts Building, 133 North Industrial Blvd., 11th Floor, Dallas, Texas 75207, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the _16_ day of _MARCH_ , ~~2009.~~ D.H 2015

_DENNis Ray Hayes_
**[Name]**